Marie Helene Fluegel, as Administratrix, etc., of Ernest J. Fluegel, Deceased, Appellant, Respondent, v. Frederic R. Coudert and Another, Respondents, and Stogol Taxi Corporation, Appellant.— Judgment and order denying motion for new trial affirmed, with costs to the plaintiff against defendant Stogol

Taxi Corporation. Order of June 15, 1925, affirmed, with costs to the defendants Coudert against the plaintiff. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.